ROSE L. EHLER (SB# 296523)
rose.ehler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Motion Picture Association, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. §512(h) Subpoena to<br><br>CLOUDFLARE, INC. | Case Number: 2:25-mc-107<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

1   Petitioner Motion Picture Association, Inc., through undersigned counsel and
2   its authorized representatives, hereby requests that the Clerk of this Court, pursuant
3   to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the
4   attached proposed subpoena to Cloudflare, Inc. to identify alleged infringers of
5   copyrighted works.

6   Petitioner has satisfied the requirements for issuance of a subpoena pursuant
7   to 17 U.S.C. § 512(h), namely:

8   (1)   Petitioner has attached hereto a copy of the notification required by 17
9         U.S.C. §512(c)(3)(A);
10  (2)   Petitioner has concurrently filed a proposed DMCA subpoena; and
11  (3)   Petitioner has attached hereto the sworn Declaration of Larissa Knapp
12        confirming that the purpose for which the proposed subpoena is sought
13        is to obtain the identity of the alleged infringer(s), and that such
14        information will only be used for the purpose of protecting copyright
15        holders' rights under U.S. Code Title 17.

16  Having complied with all statutory requirements, Petitioner respectfully
17  requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant
18  to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the
19  subpoena recipient.

21  DATED: October 20, 2025          MUNGER, TOLLES & OLSON LLP

23                                    By:      /s/ Rose L. Ehler
24                                             ROSE L. EHLER
25                                    Attorney for Motion Picture Association, Inc.