1  ROSE L. EHLER (SB# 296523)
   rose.ehler@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, California 90071-3426
4  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
5
   Attorneys for Motion Picture Association, Inc.
6

7

8

9              **UNITED STATES DISTRICT COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12 | In Re 17 U.S.C. § 512(h) Subpoena to | Case Number: 2:25-mc-107 |

13 | CLOUDFLARE, INC. | **DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Larissa Knapp, the undersigned, declare that:

1.    I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA").  I submit this declaration on behalf of Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix Worldwide Entertainment, LLC, Paramount Pictures Corporation, Universal City Studios Productions LLLP, Viacom International Inc., and Warner Bros. Entertainment, Inc., ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE").  ACE is a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy.  The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

2.    The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

| No | Domain | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|----|--------|-------------------|------------------|-------------------|------------------|
| 1 | **123moviesfree.net** | Brave | 123moviesfree.net/movie/brave-5065/ | Abigail | 123moviesfree.net/movie/abigail-1630857009/ |
| 2 | **430hdd.com** | Venom: The Last Dance | 430hdd.com/movie/venom-the-last-dance/ | M3gan | 430hdd.com/movie/m3gan/ |
| 3 | **cuevana3cc.me** | Moana 2 | pelis.cuevana3cc.me/pelicula/moana-2-p8/ | Venom: The Last Dance | pelis.cuevana3cc.me/pelicula/venom-3-ee/ |
| 4 | **cinecalidad.rs** | Moana 2 | cinecalidad.rs/pelicula/moana-2-2024- | Venom: The Last Dance | cinecalidad.rs/pelicula/venom-el-ultimo-baile- |

DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE
OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

| | | | | | |
|---|---|---|---|---|---|
| | | | online-descarga/ | | 2024-online-descarga/ |
| 5 | **pelispop.lat** | Moana 2 | pelispop.lat/peliculas/moana-2-2024/ | Venom: The Last Dance | pelispop.lat/peliculas/venom-el-ultimo-baile-2024/ |
| 6 | **peelink2.com** | Moana 2 | peelink2.com/2024/11/ver-moana-2-2024-online.html | Venom: The Last Dance | peelink2.com/2024/10/ver-venom-el-ultimo-baile-2024-online-2.html |
| 7 | **cuevana.is** | Moana 2 | cuevana.is/pelicula/1241982/moana-2 | Venom: The Last Dance | cuevana.is/pelicula/912649/venom-el-ultimo-baile |
| 8 | **cineby.app** | Moana 2 | cineby.app/movie/1241982 | Venom: The Last Dance | cineby.app/movie/912649 |
| 9 | **bstsrs.in** | Black-ish S04E01 | bstsrs.in/globin?link=aHR0cHM6Ly92aWRzcmMueHl6L2VtYmVkL2VtVkvL3R0MzQ4NzM1NTi80LTEv | Fuller House S03E11 | bstsrs.in/globin?link=aHR0cHM6Ly92aWRzcmMueHl6L2VtYmVkL3R0Mzk4NjU4NzLTExLw== |
| 10 | **topsrs.day** | Black-ish S04E01 | topsrs.day/globin?link=aHR0cHM6Ly92aWRzcmMueHl6L2VtYmVkL3R0MzQ4NzM1NTi80LTEv | Fuller House S03E11 | topsrs.day/globin?link=aHR0cHM6Ly92aWRzcmMueHl6L2VtYmVkL3R0Mzk4NjU4NzLTExLw== |
| 11 | **fmovies.co** | The Amazing Spider-Man 2 | fmovies.co/film/the-amazing-spider-man-2-1754/ | Transformers: Dark of the Moon | fmovies.co/film/transformers-dark-of-the-moon-1706/ |
| 12 | **aniwave.se** | Romantic Killer S01E01 | aniwave.se/anime- | The Legend of | aniwave.se/anime-watch/avatar- |

| | | | watch/romantic-killer/ep-1 | Korra S01E01 | the-legend-of-korra/ep-1 |
|---|---|---|---|---|---|
| 13 | **comandoplay.com** | Moana 2 | comandoplay.com/moana-2/ | Gladiator 2 | comandoplay.com/gladiador-2/ |
| 14 | **piratetv.pro** | Barbie | ondemand.piratetv.pro/movie/346698 | Minions 2: The Rise of Gru | ondemand.piratetv.pro/movie/438148 |
| 15 | **streamingunity.co** | Frozen II | streamingunity.co/en/watch/715 | Bad Boys for Life | streamingunity.co/en/watch/440 |
| 16 | **baan-series.online** | Moana 2 | baan-series.online/moana-2-2024.html | Venom: The Last Dance | baan-series.online/venom-the-last-dance.html |
| 17 | **doomovie-free.com** | Moana 2 | doomovie-free.com/moana-2-2024-%e0%b9%82%e0%b8%a1%e0%b8%ad%e0%b8%b2%e0%b8%99%e0%b9%88%e0%b8%b2-2/ | Venom: The Last Dance | doomovie-free.com/venom-the-last-dance-2024-%e0%b9%80%e0%b8%a7%e0%b9%88%e0%b8%ad%e0%b8%a1-%e0%b8%a1%e0%b8%ab%e0%b8%b2%e0%b8%a8%e0%b8%b6%e0%b8%81%e0%b8%ad%e0%b8%aa%e0%b8%b9%e0%b8%a3%e0%b8%ad%e0%b8%ab/ |
| 18 | **theflixertv.to** | Shazam! | theflixertv.to/watch-movie/watch-shazam-full-13767.5373601 | Raya and the Last Dragon | theflixertv.to/watch-movie/watch-raya-and-the-last-dragon-full-66700.4791574 |

| 19 | **hdtodayz.to** | Shazam! | hdtodayz.to/watch-movie/watch-shazam-hd-13767.5373601 | Raya and the Last Dragon | hdtodayz.to/watch-movie/watch-raya-and-the-last-dragon-hd-66700.4791574 |
|----|-----------------|---------|--------------------------------------------------------|--------------------------|------------------------------------------------------------------------|
| 20 | **movies2watch.tv** | Shazam! | movies2watch.tv/watch-movie/watch-shazam-hd-13767.1614553 | Raya and the Last Dragon | movies2watch.tv/watch-movie/watch-raya-and-the-last-dragon-hd-66700.4117621 |
| 21 | **dopebox.to** | Shazam! | dopebox.to/watch-movie/watch-shazam-online-hd-13767.5373601 | Raya and the Last Dragon | dopebox.to/watch-movie/watch-raya-and-the-last-dragon-online-hd-66700.4791574 |
| 22 | **flixhq.to** | Shazam! | flixhq.to/watch-movie/watch-shazam-13767.5373601 | Raya and the Last Dragon | flixhq.to/watch-movie/watch-raya-and-the-last-dragon-66700.4791574 |
| 23 | **himovies.sx** | Shazam! | himovies.sx/watch-movie/shazam-13767.5373601 | Raya and the Last Dragon | himovies.sx/watch-movie/raya-and-the-last-dragon-66700.4791574 |
| 24 | **fmovies.ro** | Shazam! | fmovies.ro/watch-movie/watch-shazam-online-13767.5373601 | Raya and the Last Dragon | fmovies.ro/watch-movie/watch-raya-and-the-last-dragon-online-66700.4791574 |
| 25 | **moviesjoy.plus** | Shazam! | moviesjoy.plus/watch-movie/watch-shazam-13767.1614553 | Raya and the Last Dragon | moviesjoy.plus/watch-movie/watch-raya-and-the-last-dragon-66700.4791574 |

DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE
OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

| | | | | | |
|---|---|---|---|---|---|
| 26 | **nunflix.org** | M3gan 2.0 | nunflix.org/watch/movie/1071585 | Avatar: The Last Airbender S01E01 | nunflix.org/watch/tv/246/1/1 |
| 27 | **animekai.to** | Panda and the Magic Serpent | animekai.to/watch/panda-and-the-magic-serpent-mle7#ep=1 | Batman Ninja | animekai.to/watch/batman-ninja-wy5g#ep=1 |
| 28 | **animekai.cc** | Panda and the Magic Serpent | animekai.cc/watch/panda-and-the-magic-serpent-mle7#ep=1 | Batman Ninja | animekai.cc/watch/batman-ninja-wy5g#ep=1 |
| 29 | **animekai.ac** | Panda and the Magic Serpent | animekai.ac/watch/panda-and-the-magic-serpent-mle7#ep=1 | Batman Ninja | animekai.ac/watch/batman-ninja-wy5g#ep=1 |
| 30 | **hianimez.is** | Food Wars! Shokugeki No Soma S01E01 | hianimez.is/watch/food-wars-shokugeki-no-soma-185?ep=4405 | Romantic Killer S01E01 | hianimez.is/watch/romantic-killer-18197?ep=94887 |
| 31 | **hianime.bz** | Food Wars! Shokugeki No Soma S01E01 | hianime.bz/watch/food-wars-shokugeki-no-soma-185?ep=4405 | Romantic Killer S01E01 | hianime.bz/watch/romantic-killer-18197?ep=94887 |
| 32 | **hianime.pe** | Food Wars! Shokugeki No Soma S01E01 | hianime.pe/watch/food-wars-shokugeki-no-soma-185?ep=4405 | Romantic Killer S01E01 | hianime.pe/watch/romantic-killer-18197?ep=94887 |
| 33 | **hianime.cx** | Food Wars! Shokugeki No Soma S01E01 | hianime.cx/watch/food-wars-shokugeki-no-soma-185?ep=4405 | Romantic Killer S01E01 | hianime.cx/watch/romantic-killer-18197?ep=94887 |

DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE
OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

| | | | | | |
|---|---|---|---|---|---|
| 34 | **animedefenders.me** | Mob Psycho 100 S01E01 | animedefenders.me/watch/32182/a1/k1/ | Food Wars! (Shokugeki No Souma) S01E01 | animedefenders.me/watch/28171/a1/k1/ |
| 35 | **portalultautv.biz** | Smurfs | portalultautv.biz/strumfii-filmul-smurfs-2025/ | Venom: The Last Dance | portalultautv.biz/venom-ultimul-dans-venom-the-last-dance-2024-sub/ |
| 36 | **animeyy.com** | Avatar: The Last Airbender S01E01 | animeyy.com/avatar-the-last-airbender-3056/epi-1-57296/ | Food Wars! (Shokugeki No Souma) S01E01 | animeyy.com/food-wars33;-shokugeki-no-soma-2629/epi-1-52869/ |
| 37 | **jkanime.net** | Food Wars! S01E01 | jkanime.net/shokugeki-no-souma/1/ | Romantic Killer S01E01 | jkanime.net/romantic-killer/1/ |
| 38 | **anigo.to** | Panda and the Magic Serpent | anigo.to/watch/panda-and-the-magic-serpent-6v5m#ep=1 | Batman Ninja | anigo.to/watch/batman-ninja-yz3e#ep=1 |
| 39 | **miruro.to** | Mob Psycho 100 S02E01 | miruro.to/watch/101338/mob-psycho-100-ii/episode-1 | Romantic Killer S01E01 | miruro.to/watch/153930/romantic-killer/episode-1 |
| 40 | **pelisplushd.to** | Barbie | pelisplushd.to/pelicula/barbie | The Little Mermaid | pelisplushd.to/pelicula/la-sirenita-447277 |
| 41 | **goyabu.to** | Hi Score Girl S01E01 | goyabu.to/10290 | Tengoku-Daimakyo S01E01 | goyabu.to/48709 |
| 42 | **bronat.lat** | A Quiet Place - Day 1 | bronat.lat/pelicula/un-lugar-en-silencio-dia-uno/ | Moana 2 | bronat.lat/pelicula/moana-2-kdso/ |
| 43 | **westream.to** | Tenet | westream.to/movie/tenet- | Jumanji: The Next Level | westream.to/watch-movie/jumanji- |

DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE
OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

| | | | 2020-stream-63301/1149873 | | the-next-level-2019-stream-1663/1130807 |
|---|---|---|---|---|---|
| 44 | **bingewatch.to** | Tenet | bingewatch.to/watch-movie/watch-tenet-hd-63301/1149873 | Jumanji: The Next Level | bingewatch.to/watch-movie/watch-jumanji-the-next-level-hd-1663/1130807 |
| 45 | **opmovies.tv** | Tenet | opmovies.tv/watch-movie/tenet-full-63301/1149873 | Jumanji: The Next Level | opmovies.tv/watch-movie/jumanji-the-next-level-full-1663/1130807 |
| 46 | **yflix.to** | Tenet | yflix.to/watch/tenet.ndxx1d#ep=1 | Jumanji: The Next Level | yflix.to/watch/jumanji-the-next-level.kl7w55#ep=1 |

3.     The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

//
//
//
//
//
//
//

DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE
OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct to the best of my knowledge,

3  information or belief.

4    Executed at Washington D.C., on October 20, 2025.

5

6                                                    *Larissa Knapp*

7  _____
                                                     Larissa Knapp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE
OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)